UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SIDERYS,

    Plaintiff,

v.

AUTURO EQUITY PARTNERS LLC,
et al.,

    Defendants.
_____/

Case No. 1:22-cv-902

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal as to Defendants Auturo Equity Partners LLC, and Mckenzie Feliceta Moorer (ECF No. 11) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice as to Defendants Auturo Equity Partners LLC, and Mckenzie Feliceta Moorer.

    **IT IS SO ORDERED**.

Dated: December 30, 2022

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge