UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SIDERYS,

    Plaintiff,

v.

AUTURO EQUITY PARTNERS LLC, et al.,

    Defendants.
_____/

Case No. 1:22-cv-902

HONORABLE PAUL L. MALONEY

## DEFAULT JUDGMENT

In accordance with the order issued on today's date, and Fed. R. Civ. P. 55(b)(2),

**IT IS HEREBY ORDERED** that Default Judgment enters against Defendants DVS Recovery LLC, Atlas Freight LLC, Apex Courier Limited Liability Company, Mckenzie Feliceta Moorer, a/k/a Meghan Lewis Taylor, a/k/a Meghan Feliceta Lewis, David Antuan Smalls, Jr., and Jamal Robinson in the amount of $3,500.00.

Dated: January 20, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge